Onyinye N. Anyama (SBN: 262152)
**Anyama Law Firm| A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500; Fax: (562) 318-3669
Email: info@anyamalaw.com

Attorney for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>**Hilary Taylor Johnson**<br><br><br><br>Reorganized Debtor | **CASE No.: 1:20-bk-11202-DS**<br>**Chapter 11**<br><br>**MOTION FOR ENTRY OF DISCHARGE OF CHAPTER 11 CASE PURSUANT TO 11 U.S.C. 1141(D)(5) UPON COMPLETION OF PAYMENTS TO UNSECURED CREDITORS AND FINAL DECREE CLOSING CHAPTER 11 CASE; DECLARATION OF HILARY TAYLOR JOHNSON IN SUPPORT THEREOF**<br><br>**Hearing Information:**<br>**Date:** December 20, 2021<br>**Time:** 11:30 AM<br>**Ctrm:** 1639<br>**Location:** Telephonically Only via Zoom.Gov |

**TO: THE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, SECURED LENDERS, TWENTY LARGEST UNSECURED CREDITOR, AND OTHER INTERESTED PARTIES:**

Hilary Taylor Johnson, the reorganized debtor in the above caption case (the "Debtor") hereby moves this court for an order entering discharge for the Debtor and for Final Decree

closing the Chapter 11 case (the "Motion"). In support of this Motion, the Debtor represents the following:

On July 8, 2020, the Debtor commenced this case by filing a Chapter 11 petition. [See Docket No. 1]. On June 22, 2021, the Court entered an order confirming Debtor's Chapter 11 Plan of Reorganization (the "Plan"). [See Docket No. 91].

On or around the Effective Date of the Plan, June 22, 2021 (the "Effective Date") the Debtor continued making regular monthly payments to:

Class 5(b) PHH Mortgage Services regarding Debtor's rental property located at 18625 Ingomar Street, Reseda, CA 91335 pursuant to agreement between the debtor and secured creditor in accordance with the Plan.

Debtor has only two general unsecured claims which are the claims of Quantum3 Group, LLC in the amount of $87.76 and Discover Bank in the amount of $1,307.03. Debtor has completed the payment to both general unsecured claims Debtor has made all of the disbursements required to date pursuant the Plan. The Plan provides that, upon completion or substantial completion of the payments to general unsecured creditors as described in the Plan, the Debtor shall be discharged for liability for all debts incurred before confirmation of the Plan to the extent provided in 11 U.S.C. §1141.

As represented in the Declaration of Hilary Taylor Johnson filed herewith, the Debtor is current on all regular payments to her secured creditor, she has completed all payments to general unsecured creditors as set forth in the Plan and is therefore eligible for a discharge pursuant to 11 U.S.C. § 1141(d)(5)(A).

Pursuant to the Plan, the Debtor made payments to general unsecured creditors of approximately 100% of such creditors' allowed claims over the life of the Plan. There is no reasonable cause to believe that 11 U.S.C. § 522(q) (1) is applicable to the Debtor, and there is no pending proceeding in which the Debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

1    Pursuant to FBRP 1007(b) (7) the undersigned represents that, 11 U.S.C. § 1141(d)(3) is

2    not applicable to the Debtor.

3

4    **WHEREFORE**, the Debtor respectfully requests that this Court:

5    1. Enter an Order of discharge for the Debtor pursuant to 11 U.S.C. § 1141;

6    2. Enter a Final Decree Closing the Chapter 11 case; and

7    3. Grant such other relief as the Court deems just and proper.

8

9    Dated: November 22, 2021                          **ANYAMA LAW FIRM, APC**

10

11                                                            */s/ Onyinye N. Anyama*

                                                        Onyinye N. Anyama
12                                                       Attorney for Reorganized Debtor
                                                        Hilary Taylor Johnson
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF HILARY TAYLOR JOHNSON

I, Hilary Taylor Johnson, declare under penalty of perjury under the laws of the State of California and the United States that the following is true and correct:

1. I am the Reorganized Debtor (the "Debtor") in this bankruptcy proceeding Case No. 1:20-bk-11202-DS in the United States Bankruptcy Court Central District of California.

2. I have personal knowledge of the facts set for the herein. If called upon to testify to the statements in this Declaration, I could and would competently do so under oath.

3. I make this Declaration in support of Debtor's Motion for Entry of Discharge and Final decree (the "Motion").

4. On the Effective Date of the Plan of Reorganization, I commenced payments as required under our Chapter 11 Plan of Reorganization (the "Plan").

5. Under the Plan, I am obligated to make regular monthly payments to PHH Mortgage Services, Class 5(b), administrative claims, and to pay Class 6(b) general unsecured creditors approximately 100% of their total claims over the life of the Plan.

6. I am current on regular payments towards my secured creditor and have completed payments to the general unsecured creditors in accordance with the Plan. See attached payment receipt as **Exhibit "1"**.

7. I have never been convicted of and there is no pending proceeding in which I may be found guilty of any crime described in 11 USC 522(q) (1) nor are we liable for any debts described in Section 522(q) (1).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of our knowledge. Executed on November 22, 2021 in Los Angeles California.

Hilary Taylor Johnson
Reorganized Debtor and Declarant

# EXHIBIT  "1"

**HILARY TAYLOR JOHNSON**

1:20-bk-11202-DS

**Summary of Distributions Pursuant to the Chapter 11 Confirmed Plan**

| CREDITOR | AMOUNT REQUIRED TO BE PAID UNDER PLAN | AMOUNT ACTUALLY PAID AS OF DATE OF REPORT | DEFICIENCY |
|---|---|---|---|
| Quantum3 Group LLC | $        87.76 | $        87.76 | $        - |
| Discover Bank | $     1,307.03 | $     1,307.03 | $        - |

| In re:<br><br>   **Hilary Taylor Johnson**<br><br><div align="right">Debtor(s).</div> | CHAPTER: **11**<br><br>CASE NUMBER: **1:20-bk-11202-DS** |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**18000 Studebaker Road**
**Suite 325**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):  **MOTION FOR ENTRY OF DISCHARGE OF CHAPTER 11 CASE PURSUANT TO 11 U.S.C. 1141(D)(5) UPON COMPLETION OF PAYMENTS TO UNSECURED CREDITORS AND FINAL DECREE CLOSING CHAPTER 11 CASE; DECLARATION OF HILARY TAYLOR JOHNSON IN SUPPORT THEREOF**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ___**11/22/2021**___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **Onyinye N Anyama**          onyi@anyamalaw.com, anyamainfo@gmail.com;
> info_anyama@ecf.courtdrive.com; r44596@notify.bestcase.com
> **Russell Clementson**          russell.clementson@usdoj.gov
> **United States Trustee (SV)**          ustpregion16.wh.ecf@usdoj.gov

<div align="right">☐ Service information continued on attached page</div>

**2.  SERVED BY UNITED STATES MAIL**:
On ___**11/22/2021**___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE DEBORAH J, SALTZMAN**
**U.S. BANKRUPTCY JUDGE**
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

<div align="right">☑ Service information continued on attached page</div>

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

<div align="right">☐ Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/22/2021 | **Onyinye N. Anyama** | */s/Onyinye N. Anyama* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>**Hilary Taylor Johnson**<br><div align="right">Debtor(s).</div> | CHAPTER **11**<br><br>CASE NUMBER **1:20-bk-11202-DS** |
|---|---|

## ADDITIONAL SERVICE LIST:

### Debtor

Hilary Taylor Johnson
12401 Sylmar Street # 613
Sylmar, CA 91342

### Attorney for U.S. Trustee
Russell Clementson
Office of the United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

### Secured Creditors
### (Via Certified/Overnight Mail)

PHH Mortgage Services
P.O. Box 5954
1000 Abernathy Rd ND Bldg 400, Ste 200
Springfield, OH 45501-5954

PHH Mortgage Corporation
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Robertson, Anschutz & Schneid, LLP
Eric Enciso, Esq.
Authorized Agent for Secured Creditor
PHH Mortgage Services
350 10th Ave., Suite 1000
San Diego, CA 92101

Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE Bldg 400; Suite 200
Atlanta, GA 30328-5614

### Twenty Largest Unsecured Creditors
### (Note this category also contains all general unsecured creditors)

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218-2789

American Capital Ent
41870 Kalmia St Ste 120
Murrieta, CA 92562-8840

Brittany Teska
18625 Ingomar Street
Reseda, CA 91335-1853

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: | CHAPTER **11** |
|---|---|
| **Hilary Taylor Johnson** Debtor(s). | CASE NUMBER **1:20-bk-11202-DS** |

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130-0281

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850-5316

Quantum3 Group, LLC
Attn: Leigh Faulkner
As Agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083-7100

Stephanie Teska
18625 Ingomar Street
Reseda, CA 91335-1853

William Alvarenga
18625 Ingomar Street
Reseda, CA 91335-1853

William Lehman
18625 Ingomar Street
Reseda, CA 91335-1853

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.